IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATE JENKINS | CIVIL ACTION NO. 16-6680 |
| Plaintiff, | |
| v. | |
| HUMANA, INC., HUMANA AT HOME, INC., HUMANA AT HOME 1, INC., AND SENIOR BRIDGE FAMILY COMPANIES (NJ), INC. | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, Kate Jenkins, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants Humana, Inc., Humana at Home, Inc., Humana at Home 1, Inc. and Senior Bridge Family Companies (NJ), Inc. Offer of Judgement to Plaintiff dated January 22, 2019, in the amount of $500,000 plus Plaintiff's reasonable attorneys' fees and costs, and attached hereto as Exhibit A.

                                        **CONSOLE MATTIACCI LAW LLC**

| | | |
|---|---|---|
| Date: January 24, 2019 | By: | s/ Lane J. Schiff |
| | | Stephen G. Console, Esquire |
| | | Lane J. Schiff, Esquire |
| | | 110 Marter Avenue, Suite 502 |
| | | Moorestown, NJ 08057 |
| | | (856) 854-4000 |
| | | (215) 405-2964 (facsimile) |
| | | |
| | | Attorneys for Plaintiff, |
| | | Kate Jenkins |