## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I caused the foregoing Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment to be served via electronic filing system upon counsel for Defendant below:

>John E. MacDonald, Esq.
>Danielle Acocella, Esq.
>Constangy, Brooks, Smith, & Prophete, LLP
>989 Lenox Drive, Suite 206
>Lawrenceville, NJ 08648

**CONSOLE MATTIACCI LAW, LLC**

By: /s/ Lane J. Schiff
Lane J. Schiff, Esquire
Console Mattiacci Law, LLC
110 Marter Avenue, Suite 502
Moorestown, NJ 08057
856-854-4000
215-405-2964 (fax)

Attorneys for Plaintiff, Kate Jenkins