IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KATE JENKINS** | CIVIL ACTION NO. |
| | 16-6680 (FLG-LHG) |
| **Plaintiff,** | |
| v. | |
| HUMANA, INC., HUMANA AT HOME, INC., HUMANA AT HOME 1, INC., AND SENIOR BRIDGE FAMILY COMPANIES (NJ), INC. | |
| **Defendants.** | |

## JUDGMENT

**AND NOW,** this Court having been advised by the parties that Defendants served an Offer of Judgment on Plaintiff pursuant to F.R.C.P. 68 for the amount of five hundred thousand dollars ($500,000.00) and an additional amount of attorneys' fees and costs to be subsequently agreed upon by the parties, or alternatively determined by the Court; and Plaintiff having filed a Notice of Acceptance of Offer of Judgment on January 24, 2019; and the Court having been subsequently notified that, in accordance with the terms of the Offer of Judgment, the parties have agreed amongst themselves as to the amount of attorneys' fees and costs to be paid to Plaintiff;

**IT IS,** on this 8th day of March, 2019, **ORDERED** that Judgment is hereby entered in favor of Plaintiff against Defendants in the amount of $500,000.00, plus Plaintiff's reasonable attorneys' fees and costs in the amount previously agreed upon by the parties.

BY THE COURT

_____
Hon. Freda L. Wolfson